# Exhibit C:

## Claim Chart comparing the '242 Patent Claims to the Accused Device

## Claim Chart Comparing U.S. Patent No. 11,812,242 to E-Filliate, Inc.'s Magnetic, Clip-on Bluetooth Speaker

| Claim 1 Elements | Is Claimed Element Present in E-Filliate's Product? |
|---|---|
| A portable audio speaker system, | **Yes**. The product is a portable audio speaker system.<br> |
| Comprising: at least one speaker assembly | **Yes.** The product is comprised of at least one speaker assembly.<br> |
| including a housing; | **Yes.** The product includes a housing. |



| | |
|---|---|
| | |
| A speaker transducer disposed inside of the housing; | **Yes.** A speaker transducer is disposed inside of the housing. |
| A clip member coupled to the housing, | **Yes.** A clip member is coupled to the housing. |
| And the clip member defining a peripheral boundary; | **Yes.** The clip member defines a peripheral boundary. |



| | |
|---|---|
| | |
| A first magneto coupler, separate from any magnet of the speaker transducer, | **Yes.** The first magneto coupler is separate from any magnet of the speaker transducer. |
| Coupled to the housing or the clip member; | **Yes.** The first magneto coupler is coupled to the housing or the clip member. |
| A removable member having a second magneto coupler; | **Yes.** The removable member has a second magneto coupler. |



| | |
|---|---|
| Wherein the second magneto coupler of the removable member is capable of being magnetically coupled to the first magneto coupler that is coupled to the housing, | **Yes.** The second magneto coupler of the removable member is capable of being magnetically coupled to the first magneto coupler that is coupled to the housing. |



| | |
|---|---|
| | |
| So that the magnetic coupling allows the housing to be attached to a non-edge portion of a non-metallic and/or non-magnetic item when the item is placed between the first magneto coupler and the removable member, | **Yes.** The magnetic coupling allows the housing to be attached to a non-edge portion of a non-metallic and/or non-magnetic item when the item is placed between the first magneto coupler and the removable member.<br> |

|  | |
|---|---|
| |  |
| And the clip member allows the housing to be attached to, and detached from, an edge of a non-metallic and/or non-magnetic item; | **Yes.** The clip member allows the housing to be attached to, and detached from, an edge of a non-metallic and/or non-magnetic item.  |



| | |
|---|---|
| Wherein at least a portion of the removable member fits within the peripheral boundary of the clip member | **Yes.** At least a portion of the removable member fits within the peripheral boundary of the clip member.  |

| Claim 4 Elements | Is Claimed Element Present in Seller's Product? |
|---|---|
| An electronic device, comprising: | **Yes.** The product is an electronic device.<br> |
| A device assembly including a housing; | **Yes.** The product is comprised of a device assembly including a housing.<br> |
| A clip member coupled to the housing; | **Yes.** A clip member is coupled to the housing.<br> |
| And the clip member defining a | **Yes.** The clip member defines a peripheral boundary. |

| | |
|---|---|
| peripheral boundary; |  |
| A first magneto coupler coupled to the housing or the clip member; | **Yes.** The first magneto coupler is coupled to the housing or the clip member.<br> |
| And a removable member having a second magneto coupler; | **Yes.** The removable member has a second magneto coupler.<br> |
| Wherein the second magneto coupler of the removable member is capable | **Yes.** The second magneto coupler of the removable member is capable of being magnetically coupled to |

| | |
|---|---|
| of being magnetically coupled to the first magneto coupler that is coupled to the housing, | the first magneto coupler that is coupled to the housing.<br><br> |
| So that the magnetic coupling allows the housing to be attached to a non-edge portion of a non-metallic and/or | **Yes.** The magnetic coupling allows the housing to be attached to a non-edge portion of a non-metallic and/or non-magnetic item when the item is placed |

| | |
|---|---|
| non-magnetic item when the item is placed between the first magneto coupler and the removable member, | between the first magneto coupler and the removable member.<br><br> |
| And the clip member allows the housing to be attached to, and detached from, an edge of a non- | **Yes.** The clip member allows the housing to be attached to, and detached from, an edge of a non-metallic and/or non-magnetic item. |

| metallic and/or non-magnetic item; |  |
|---|---|
| Wherein at least a portion of the removable member fits within the peripheral boundary of the clip | **Yes.** At least a portion of the removable member fits within the peripheral boundary of the clip member. |

| member |  |

| Claim 12 Elements | Is Claimed Element Present in E-Filliate's Product? |
|---|---|
| An electronic device, comprising: | **Yes.** The product is an electronic device.<br> |
| A device assembly including a housing; | **Yes.** The product is comprised of a device assembly including a housing.<br> |
| A clip member coupled to the housing, | **Yes.** A clip member is coupled to the housing.<br> |

| | |
|---|---|
| And the clip member defining a peripheral boundary; | **Yes.** The clip member defines a peripheral boundary.<br> |
| A first magneto coupler attached to the clip member, | **Yes.** The first magneto coupler is attached to the clip member.<br> |
| And at least a portion of the first magneto coupler being disposed within the peripheral boundary of the clip member; | **Yes.** A portion of the first magneto coupler is disposed within the peripheral boundary of the clip member<br> |

| | |
|---|---|
| Wherein the first magneto coupler attached to the clip member | **Yes.** The first magneto coupler is attached to the clip member.<br> |
| Is capable of being magnetically coupled to a metallic or magnetic item, | **Yes.** The first magneto coupler attached to the clip member is capable of being magnetically coupled to a metallic or magnetic item.<br> |
| So that the magnetic coupling allows the housing to be attached to the metallic or magnetic item, | **Yes.** The magnetic coupling allows the housing to be attached to the metallic or magnetic item.<br> |
| And the clip member allows the | **Yes.** The clip member allows the housing to be |

| housing to be attached to, and detached from, an edge of a non-metallic and/or non-magnetic item. | attached to, and detached from, an edge of a non-metallic and/or non-magnetic item.  |
|---|---|

| Claim 17 Elements | Is Claimed Element Present in E-Filliate's Product? |
|---|---|
| An electronic device, comprising: | **Yes.** The product is an electronic device.<br> |
| A device assembly including a housing; | **Yes.** The product is comprised of a device assembly including a housing.<br> |
| A clip member coupled to the housing; | **Yes.** A clip member is coupled to the housing.<br> |

| | |
|---|---|
| And a first magneto coupler coupled to the clip member; | **Yes.** The first magneto coupler is coupled to the clip member.<br> |
| Wherein the first magneto coupler coupled to the clip member is capable of being magnetically coupled to a metallic or magnetic item, | **Yes.** The first magneto coupler coupled to the clip member is capable of being magnetically coupled to a metallic or magnetic item.<br> |
| So that the magnetic coupling allows the housing to be attached to the metallic or magnetic item, | **Yes.** The magnetic coupling allows the housing to be attached to the metallic or magnetic item.<br> |
| And the clip member allows the | **Yes.** The clip member allows the housing to be |

| | |
|---|---|
| housing to be attached to, and detached from, an edge of a non-metallic and/or non-magnetic item; | attached to, and detached from, an edge of a non-metallic and/or non-magnetic item.  |
| Wherein the electronic device is a portable speaker, comprising: a speaker element at least partially disposed in the housing, the speaker element having a voice coil with a predetermined number of wire turns on the voice coil, wherein the predetermined number of wire turns on the voice coil is less than the | **Yes.** |

number of wire turns required for a 4-ohm speaker so as to create a speaker that is lower than 4-ohms with a sound pressure level that is generally the same as the 4-ohm speaker, but has a voltage requirement that is less than the 4-ohm speaker.



| Claim 18 Elements | Is Claimed Element Present in E-Filliate's Product? |
|---|---|
| An electronic device, comprising: | **Yes.** The product is an electronic device.<br> |
| A device assembly including a housing; | **Yes.** The product is comprised of a device assembly including a housing.<br> |
| A clip member coupled to the housing; | **Yes.** A clip member is coupled to the housing.<br> |

| | |
|---|---|
| A first magneto coupler coupled to the clip member; | **Yes.** The first magneto coupler is coupled to the clip member.<br> |
| Wherein the first magneto coupler coupled to the clip member is capable of being magnetically coupled to a metallic or magnetic item, | **Yes.** The first magneto coupler coupled to the clip member is capable of being magnetically coupled to a metallic or magnetic item.<br> |
| So that the magnetic coupling allows the housing to be attached to the metallic or magnetic item, | **Yes.** The magnetic coupling allows the housing to be attached to the metallic or magnetic item.<br> |
| And the clip member allows the | **Yes.** The clip member allows the housing to be |

| | |
|---|---|
| housing to be attached to, and detached from, an edge of a non-metallic and/or non-magnetic item; | attached to, and detached from, an edge of a non-metallic and/or non-magnetic item.<br><br> |
| Wherein the electronic device is a portable speaker, the portable speaker comprising a speaker element at least partially disposed in the housing, and the speaker element having a direct current resistance (DCR) that is less than 4-ohms. | **Yes.** |

